IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RON TEASLEY                )
                           )
v.                         ) NO. 3-11-0528
                           ) JUDGE CAMPBELL
DAVID SEHORN, et al.       )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 57), to which no Objections have been filed. The Magistrate Judge recommends that the Motion to Dismiss filed by Defendants Hodge, Jobe, Davis, McGee, Rhodes, Elks, and S. Howard (Docket No. 23) be granted. Plaintiff failed to file a Response to Defendants' Motion to Dismiss. Failure to file a timely response indicates there is no opposition to the Motion. Local Rule 7.01(b).

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 23) is GRANTED, and Plaintiff's claims against Defendants Hodge, Jobe, Davis, McGee, Rhodes, Elks, and S. Howard are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE