IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RON TEASLEY )
)
v. ) NO. 3-11-0528
) JUDGE CAMPBELL
DAVID SEHORN, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 64), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, the Motion to Dismiss of Defendants Corizon, Inc. and Richard Carter (Docket No. 35) is GRANTED, and Plaintiff's claims against these two Defendants are DISMISSED.

The case is referred back to the Magistrate Judge in accordance with the Court's prior Order (Docket No. 4).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE